**UNITED STATES DISTRICT COUNT**
<u>**EASTERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| LAVAME LLC, and<br>FIBER-SHIELD INDUSTRIES INC.<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>FABRICSHIELD HOLDINGS, LLC; THE FABRICSHIELD LLC; KNAPP MANUFACTURING, INC.; NJK HOLDINGS LLC d/b/a EKOSERVE; ALL CARE DISTRIBUTORS INC.; and EARTHS FIBER SHIELD<br>　　　　Defendants. | Case No. 2:20-CV-06059<br><br>**<u>STIPULATION</u>** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned that Plaintiffs' LAVAME LLC, and FIBER-SHIELD INDUSTRIES INC.'s ("FIBER-SHIELD") time to file their opposing affidavits and answering memoranda to Defendants FABRICSHIELD HOLDINGS, LLC and THE FABRICSHIELD LLC ("Defendants")'s NOTICE OF MOTION TO DISMISS FOR LACK OF JURISDICTION, IMPROPER VENUE, AND FOR FAILURE TO STATE A CLAIM FOR WHICH RELIEF MAY BE GRANTED, TO SEVER, AND TO TRANSFER PURSUANT TO THE DOCTRINE OF FORUM NON CONVENIENS (E.C.F. Docs 24-26) in this action shall be extended from May 10, 2021 to June 14, 2021.

Dated: New York, New York
May 10, 2021

| | |
|---|---|
| **INTELLECTULAW**<br>**THE LAW OFFICES OF P.B.**<br>**TUFARIELLO, P.C.** | **GAWTHROP GREENWOOD, PC** |
| *s/panagiotabettytufariello/s*<br>By:_____<br>Panagiota Betty Tufariello<br>25 Little Harbor Road<br>Mount Sinai, New York 11766<br>(631)     476-8734 | */s/johnedlarkin/s*<br>By:_____<br>John E.D. Larkin, Esq.<br>17 East Gay Street, Suite 100<br>P.O. Box 562<br>West Chester, PA 19381-0562<br>(610) 696-8225 |
| *Attorneys for Plaintiffs*<br>        *LAVAME LLC, and*<br>*FIBER-SHIELD INDUSTRIES INC.* | *Attorneys for Defendants*<br>*FABRICSHIELD HOLDINGS, LLC;*<br>*THE FABRICSHIELD LLC* |

So Ordered:

Dated:  May 11, 2021
/s/ Steven I. Locke
_____

Steven I. Locke, United States Magistrate Judge