**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FIBER-SHIELD INDUSTRIES INC., & LAVAME, LLC<br><br>　　　Plaintiffs,<br>v.<br><br>FABRICSHIELD HOLDINGS, LLC; THE FABRICSHIELD LLC; SCOTT SCHLEICHER; RENE SCHLEICHER; et al.,<br><br>　　　Defendants. | Civil Case No. 2:20-CV-06059 (RPK) (SIL) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Alfons D'Auria of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, PC, 599 Lexington Avenue, 17th Floor, New York, New York 10022, hereby enters his appearance as counsel for Defendants/Counter-Claimants Fabricshield Holdings, LLC and The Fabric-Shield, LLC in the above-captioned matter.

Dated: New York, New York
　　　　July 10, 2024

　　　　　　　　　　　　　　　　　　OGLETREE, DEAKINS, NASH,
　　　　　　　　　　　　　　　　　　SMOAK & STEWART, P.C.

　　　　　　　　　　　　　　　　　　By: /s/ *Alfons D'Auria*
　　　　　　　　　　　　　　　　　　　　Alfons D'Auria
　　　　　　　　　　　　　　　　　　599 Lexington Avenue, 17th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　212.492.2500
　　　　　　　　　　　　　　　　　　aflons.dauria@ogletree.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants/Counter
　　　　　　　　　　　　　　　　　　Claimants Fabricshield Holdings, LLC
　　　　　　　　　　　　　　　　　　and The Fabric-Shield, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of July, 2024, I served the foregoing **Notice of Appearance** on the persons identified below as indicated:

| | | |
|---|---|---|
| Domenique Tufariello | ☐ | U.S. Mail – Postage Prepaid |
| Panagiota Betty Tufariello | ☐ | Hand Delivery |
| Intellectulaw, The Law Offices of P.B. Tufariello, P.C. | ☑ | Electronic Filing |
| | ☐ | Email |
| 25 Little Harbor Road | | |
| Mount Sinai, NY 11766 | | |
| dtufariello@intellectulaw.com | | |
| 24yellow@optonline.net | | |
| *Attorneys for Plaintiffs* | | |
| | | |
| Scott Schleicher | ☐ | U.S. Mail – Postage Prepaid |
| 2930 Reading Road | ☐ | Hand Delivery |
| Allentown, PA 18104 | ☑ | Electronic Filing |
| Scottschleicher32@icloud.com | ☐ | Email |
| *Defendant Pro Se* | | |
| | | |
| Rene Schleicher | ☑ | U.S. Mail – Postage Prepaid |
| 1307 Dorothy Avenue | ☐ | Hand Delivery |
| Phoenixville, PA 19460 | ☐ | Electronic Filing |
| *Defendant Pro Se* | ☐ | Email |

/s/ *Alfons D'Auria*