UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIBER-SHIELD INDUSTRIES INC. et al,

                    Plaintiffs,

     -against-

FABRICSHIELD HOLDINGS, LLC et al,

                    Defendants.
------------------------------------------------------------X

**AMENDED SCHEDULING ORDER**
CV 20-6059 (RPK) (SIL)

**LOCKE, Magistrate Judge:**

**DEADLINES & COURT APPEARANCES**

  7/29/24       **:**    Exchange of Rule 26(a)(1) disclosures

  8/12/24       **:**    Service of first interrogatories and document demands

  9/13/24       **:**    Responses to first interrogatories and document demands

  10/23/24     **:**    Motions to join new parties or amend the pleadings

**10/22/24 at 10:00 am:** Status conference in courtroom 820 of the Central Islip courthouse. The parties may jointly request an adjournment or cancellation of this conference by Motion to Adjourn Conference that confirms that discovery is proceeding on schedule and that any objections to each other's productions have been resolved.

  1/24/25       **:**    Completion of depositions

  1/24/25       **:**    Identification of case-in-chief experts and service of Rule 26 disclosures

  3/8/25        **:**    Identification of rebuttal experts and service of Rule 26 disclosures

  4/25/2025    **:**    Commencement of summary judgment motion practice. Depending on the assigned district judge, the first action commencing the practice would be either requesting a pre-motion conference or initiating the exchange of Local Civil Rule 56.1 statements. Parties are required to consult the individual rules of the district judge regarding motion practice.

**6/3/25 at 10:00 am:** Pretrial conference in courtroom 820 of the Central Islip courthouse. If the trial judge requires one, a joint proposed pretrial order in compliance with that judge's requirements and signed by counsel for each party must be received by the undersigned 3 business days prior this conference.

**This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 2 (C).**

Motions to resolve discovery disputes must be made by letter in accordance with Local Civil Rules 37.1 & 37.3 and in compliance with additional requirements set forth in the undersigned's Individual Rules. Motions that do not comply with all requirements will be returned to the movant. Untimely opposition, or no opposition, to letter motions may result in the motion's being granted as unopposed.

All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York  
       July 15, 2024

SO ORDERED:

 s/ Steven I. Locke  
STEVEN I. LOCKE  
United States Magistrate Judge