IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIBER-SHIELD INDUSTRIES INC. and LAVAME LLC<br><br>                Plaintiffs,<br>v.<br><br>FABRICSHIELD HOLDINGS, LLC., and THE FABRICSHIELD LLC.<br><br>                Defendants. | Civil Case No. 2:20-cv-06059<br><br>**CERTIFICATE OF SERVICE** |

PER THE COURT'S JULY 15, 2024, ORDER:

    The undersigned certifies that on Friday, July 19, 2024, true and correct copies of the documents:

- PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT RENE SCHLEICHER'S MOTION TO DISMISS (DKT # 92);

- CIVIL CONFERENCE MINUTE ORDER (DKT # 96); and

- AMENDED SCHEDULING ORDER (DKT # 97)

were deposited in an enclosed, properly addressed postage-paid envelope, and served by U.S.P.S. EXPRESS MAIL and via email upon the following Pro Se Defendants:

    Rene Schleicher
    1307 Dorothy Avenue
    Phoenixville, PA 19460
    srzmschleicher@mac.com

    U.S.P.S. EXPRESS Mail (Tracking No. EI 216 157 823 US)

And,

Scott Schleicher
2830 Reading Road
Allentown, PA 18103
scottschleicher32@icloud.com
U.S.P.S. EXPRESS Mail (Tracking No.EI 216 157 837 US)

Dated: Friday, July 19, 2024

*Panagiota Betty Tufariello*
Panagiota Betty Tufariello

INTELLECTULAW
The Law Offices of P.B. Tufariello, P.C.
25 Little Harbor Road
Mount Sinai, NY 11766
Telephone: 631-476-8734
Fax: 631-476-8737
E-mail: dtufariello@intellectulaw.com