RECEIVED IN THE PRO SE OFFICE
JULY 19, 2024, 9:34AM
VIA BOX.COM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIBER-SHIELD INDUSTRIES INC., & LAVAME, LLC<br><br>Plaintiffs,<br><br>v.<br><br>FABRICSHIELD HOLDINGS, LLC; THE FABRICSHIELD LLC; SCOTT SCHLEICHER (individual) and Rene Schleicher (individual)<br><br>Defendants. | Civil Case No. 2:20-CV-06059 (RPK) (SIL) |

## NOTICE OF MOTION TO DISMISS
## INDIVIDUAL DEFENDANT RENE SCHLEICHER

PLEASE TAKE NOTICE that, upon the accompanying Memorandum the undersigned will move before the Hon. Rachel P. Kovner, Judge of the United States District Court for the Eastern District of New York, at the United States District Courthouse, located at 225 Cadman Plaza East, Brooklyn, NY 11201, at a time and place to be scheduled by this Court for an Order to Dismiss the Complaint as to Defendant Rene Schleicher pursuant to Fed.R.Civ.P. 12(b)(6).